UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEADORE MARKEE OLIVE,

    Petitioner,　　　　　　　　　　　　　　Case No. 1:11-cv-780

v　　　　　　　　　　　　　　　　　　　　　HON. JANET T. NEFF

SHIRLEE HARRY,

    Respondent.
_____/

**FINAL ORDER**

    This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 27, 2011, recommending that this Court deny the petition.  The Report and Recommendation was duly served on the parties.  No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Final Order [*See* RULES GOVERNING § 2254 CASES, Rule 11 (referring to the order disposing of a habeas petition as a "final order").]

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 3) is APPROVED and ADOPTED as the Opinion of the Court and the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

    **IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.  *See* RULES GOVERNING § 2254 CASES, Rule 11 (requiring the district court to "issue or deny a certificate of appealability when it enters a final order").  Petitioner has not demonstrated that reasonable jurists would find the Court's rulings

debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).


Date: November 21, 2011                   /s/ Janet T. Neff
                                                   JANET T. NEFF
                                                   United States District Judge